# OSCN — THE OKLAHOMA STATE COURTS NETWORK

www.oscn.net

Home | Courts | Court Dockets | Legal Research | Calendar | Help

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR CLEVELAND COUNTY, OKLAHOMA

| | |
|---|---|
| Scott Risk,<br>    Plaintiff,<br>v.<br>American Family Home Insurance Company,<br>American Family Insurance Group,<br>AMERICAN FAMILY INSURANCE,<br>American Family Mutual Insurance Company,<br>    Defendant. | No. CJ-2009-2555<br>(Civil relief more than $10,000:<br>AUTO NEGLIGENCE)<br><br>Filed: 10/30/2009<br><br>Judge: Hetherington, Jr., William C. |

## Parties

American Family Home Insurance Company , Defendant
AMERICAN FAMILY INSURANCE , Defendant
American Family Insurance Group , Defendant
American Family Mutual Insurance Company , Defendant
Risk, Scott , Plaintiff

## Attorneys

**Attorney**
Ables, J Angela(Bar # 0112)
201 ROBERT S KERR, STE. 600
OKLA CITY, OK 73102

SMITH, TYE H(Bar # 14595)
CARR & CARR
1350 SW 89TH STREET
OKLAHOMA CITY, OK 73159

**Represented Parties**
American Family Home Insurance Company,

Risk, Scott

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Wednesday, March 31, 2010 at 14:00 PM<br>Motion Docket MOTION TO DISMISS(MOD) | | William C. Hetherington, Jr. | |

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

    **Party Name:**

    **Defendant:** American Family Home Insurance Company

    **Defendant:** American Family Insurance

Issue: AUTO NEGLIGENCE (AUTONEG)
Filed by: Risk, Scott
Filed Date: 10/30/2009
**Disposition Information:**

Disposed: DISMISSED WITHOUT PREJUDICE,
03/02/2010. Dismissed- Settled.

Disposed: DISMISSED WITHOUT PREJUDICE,

**EXHIBIT 1**



|  | Group | 03/02/2010. Dismissed- Settled. |
|---|---|---|
|  | **Defendant:** AMERICAN FAMILY INSURANCE | Disposed: DISMISSED WITHOUT PREJUDICE, 03/02/2010. Dismissed- Settled. |
|  | **Defendant:** American Family Mutual Insurance Company | Pending. |

## Docket

| Date | Code | Count | Party | Serial # | Entry Date |  |  |
|---|---|---|---|---|---|---|---|
| 10-30-2009 | TEXT | 1 |  | 10895584 | Oct 30 2009 4:17:44:063PM | - | $ 0.00 |
|  | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 10-30-2009 | AUTONEG | - |  | 10895586 | Oct 30 2009 4:17:44:093PM | Realized | $ 0.00 |
|  | AUTO NEGLIGENCE | | | | | | |
| 10-30-2009 | DMFE | - |  | 10895587 | Oct 30 2009 4:17:44:103PM | Realized | $ 2.00 |
|  | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 10-30-2009 | PFE1 | - |  | 10895588 | Nov 2 2009 8:39:01:673AM | Realized | $ 150.00 |
|  | PETITION($ 150.00) <br> 📄 Document Available (#1010839104) | | | | | | |
| 10-30-2009 | PFE7 | - |  | 10895589 | Oct 30 2009 4:17:44:103PM | Realized | $ 6.00 |
|  | LAW LIBRARY FEE($ 6.00) | | | | | | |
| 10-30-2009 | OCISR | - |  | 10895590 | Oct 30 2009 4:17:44:103PM | Realized | $ 25.00 |
|  | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 10-30-2009 | CCADMIN | - |  | 10895591 | Oct 30 2009 4:17:44:103PM | Realized | $ 1.00 |
|  | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 1.00) | | | | | | |
| 10-30-2009 | CHAB | - |  | 10895592 | Oct 30 2009 4:17:44:103PM | Realized | $ 10.00 |
|  | C.H.A.B. STATUTORY FEE($ 10.00) | | | | | | |
| 10-30-2009 | AGVSU | - |  | 10895593 | Oct 30 2009 4:17:44:103PM | Realized | $ 3.00 |
|  | ATTORNEY GENERAL VICTIM SERVICES UNIT($ 3.00) | | | | | | |
| 10-30-2009 | CCADMIN03 | - |  | 10895594 | Oct 30 2009 4:17:44:103PM | Realized | $ 0.30 |
|  | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.30) | | | | | | |
| 10-30-2009 | LTF | - |  | 10895595 | Oct 30 2009 4:17:44:173PM | Realized | $ 10.00 |
|  | LENGTHY TRIAL FUND($ 10.00) | | | | | | |
| 10-30-2009 | SMF | - |  | 10895596 | Oct 30 2009 4:19:47:713PM | Realized | $ 5.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | SUMMONS FEE (CLERKS FEE) 1-1 DEF GTA ($ 5.00) | | | | | |
| 10-30-2009 | TEXT | - | | 10895585 | Oct 30 2009 4:17:44:073PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE HETHERINGTON, JR., WILLIAM C. TO THIS CASE. | | | | | |
| 10-30-2009 | ACCOUNT | - | | 10895611 | Oct 30 2009 4:20:10:093PM | - | $ 0.00 |
| | RECEIPT # 2009-475413 ON 10/30/2009.<br>PAYOR:BRENT D. BERRY TOTAL AMOUNT PAID: $212.30.<br>LINE ITEMS:<br>CJ-2009-2555: $155.00 ON AC01 CLERK FEES.<br>CJ-2009-2555: $3.00 ON AC07 ATTORNEY GENERAL VICTIM SERVICES UNIT.<br>CJ-2009-2555: $6.00 ON AC23 LAW LIBRARY FEE.<br>CJ-2009-2555: $1.30 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2009-2555: $2.00 ON AC64 DISPUTE MEDIATION FEES.<br>CJ-2009-2555: $10.00 ON AC69 CHILD ABUSE MULTIDISCIPLINARY FEE.<br>CJ-2009-2555: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2009-2555: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | | | |
| 11-25-2009 | SMS | - | American Family Home Insurance Company | 10966206 | Dec 2 2009 8:31:03:013AM | - | $ 0.00 |
| | SUMMONS RETURNED, SERVED / CM #7009 1410 0000 3035 9062 / AMERICAN FAMILY HOME INSURANCE COMPANY / SIGNED BY OKLAHOMA INSURANCE DEPARTMENT / 11-20-09<br>📄 *Document Available at Court Clerk's Office* | | | | | |
| 12-28-2009 | EAA | - | | 11029989 | Dec 30 2009 11:11:36:440AM | - | $ 0.00 |
| | ENTRY OF APPEARANCE: J ANGELA ABLES OF KERR IRVINE RHODES & ABLES FOR DEFENDANT AMERICAN FAMILY HOME INSURANCE COMPANY<br>📄 *Document Available (#1011252045)* | | | | | |
| 01-12-2010 | APLI | - | | 11059677 | Jan 13 2010 4:27:09:943PM | - | $ 0.00 |
| | PLAINTIFFS UNOPPOSED APPLICATION FOR LEAVE TO FILE AMENDED PETITION<br>📄 *Document Available (#1011251932)* | | | | | |
| 01-20-2010 | A | - | | 11081539 | Jan 22 2010 12:01:06:690PM | - | $ 0.00 |
| | DEFENDANT AMERICAN FAMILY HOME INSURANCE COMPANYS ANSWER TO PLAINTIFFS PETITION<br>📄 *Document Available (#1011683963)* | | | | | |
| 01-25-2010 | SMF | - | | 11086879 | Jan 25 2010 3:06:14:960PM | Realized | $ 15.00 |
| | SUMMONS FEE (CLERKS FEE) 3-3($ 15.00) | | | | | |
| 01-25-2010 | O | - | | 11091623 | Jan 27 2010 8:59:31:157AM | - | $ 0.00 |
| | ORDER / IN RE: PLAITNIFFS UNOPPOSED APPLICATION FOR LEAVE TO FILE AMENDED PETITION IS GRANTED / JUDGE GLENN ADAMS<br>📄 *Document Available (#1011251271)* | | | | | |
| 01-25-2010 | AMP | - | | 11091625 | Jan 27 2010 8:59:42:507AM | - | $ 0.00 |
| | AMENDED PETITION | | | | | |

*Document Available (#1011251267)*

| | | | | | | |
|---|---|---|---|---|---|---|
| 01-25-2010 | ACCOUNT | - | | 11086887 | Jan 25 2010 3:07:50:360PM | - | $ 0.00 |

RECEIPT # 2010-489470 ON 01/25/2010.
PAYOR:CARR & CARR TOTAL AMOUNT PAID: $15.00.
LINE ITEMS:
CJ-2009-2555: $15.00 ON AC01 CLERK FEES.

| 02-09-2010 | SMS | - | American Family Insurance Group | 11119015 | Feb 10 2010 9:41:55:547AM | - | $ 0.00 |

SUMMONS RETURNED, SERVED / CM#7008 3230 0003 4658 7372 / AMERICAN FAMILY INSURANCE / SIGNED BY ELLIOT FRANKLIN / 02-05-10

*Document Available at Court Clerk's Office*

| 02-09-2010 | SMS | - | American Family Mutual Insurance Company | 11119018 | Feb 10 2010 9:42:47:597AM | - | $ 0.00 |

SUMMONS RETURNED, SERVED / CM#7009 0820 0002 2588 7925 / AMERICAN FAMILY MUTUAL INSURANCE COMPANY / SIGNED BY ELIOT FRANKLIN / 02-04-10

*Document Available at Court Clerk's Office*

| 02-09-2010 | SMS | - | American Family Insurance Group | 11119020 | Feb 10 2010 9:43:24:617AM | - | $ 0.00 |

SUMMONS RETURNED, SERVED / CM#7008 3230 0003 4658 7389 / AMERICAN FAMILY INSURANCE GROUP / SIGNED BY ELLIOT FRANKLIN / 02-04-10

*Document Available at Court Clerk's Office*

| 02-24-2010 | MO | - | | 11153352 | Feb 24 2010 4:14:42:567PM | - | $ 0.00 |

SPECIAL APPEARANCE AND MOTION TO DISMISS WITH SUPPORTING BRIEF

*Document Available (#1011689508)*

| 03-02-2010 | DISM | - | | 11172956 | Mar 4 2010 8:35:52:047AM | - | $ 0.00 |

DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS AMERICAN FAMILY HOME INSURANCE COMPANY, AMERICAN FAMILY INSURANCE GROUP AND AMERICAN FAMILY INSURANCE ONLY

*Document Available (#1011687162)*

Report Generated by The Oklahoma Court Information System at March 5, 2010 13:36 PM

End of Transmission.