

# IN THE DISTRICT COURT OF CLEVELAND COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| SCOTT RISK,<br>    Plaintiff,<br>v.<br><br>AMERICAN FAMILY HOME INSURANCE COMPANY;<br>AMERICAN FAMILY INSURANCE GROUP;<br>AMERICAN FAMILY INSURANCE; and,<br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br>    Defendants. | Case No.: CJ-09-2555<br><br>STATE OF OKLAHOMA } S.S.<br>CLEVELAND COUNTY<br>FILED In The<br>Office of the Court Clerk<br><br>JAN 25 2010<br><br>DOCKET_____ PAGE_____ RECORDED<br>Rhonda Hall, Court Clerk<br>_____ DEPUTY |

## AMENDED PETITION

COMES NOW the Plaintiff Scott Risk for his causes of action against the Defendants American Family Home Insurance Company; Defendant American Family Insurance Group; Defendant American Family Insurance; and, Defendant American Family Mutual Insurance Company and states that all allegations contained in Plaintiff's original Petition are hereby adopted by reference as if fully set forth herein.

1) Plaintiff Scott Risk resides in Norman, Cleveland County, Oklahoma.

2) The Defendants American Family Home Insurance Company; American Family Insurance Group; American Family Insurance; and, American Family Mutual Insurance Company are doing business in this County and State.

3) The Plaintiff is an insured of Defendants American Family Home Insurance Company; Defendant American Family Insurance Group; Defendant American Family Insurance; and, Defendant American Family Mutual Insurance Company through a liability automobile insurance policy issued in the State of Oklahoma, which said policy included uninsured/underinsured motorist coverage with $100,000 per person limits.



EXHIBIT 2

4)     On January 15, 2008, Plaintiff was involved in an automobile collision in the State of Oklahoma due to the negligence of an underinsured motorist, which resulted in serious injuries and medical expenses in excess of $27,000, plus lost wages.

5)     A claim for medical expenses was submitted to Defendants American Family Home Insurance Company; Defendant American Family Insurance Group; Defendant American Family Insurance; and, Defendant American Family Mutual Insurance Company who failed to evaluate its insured's claim for uninsured/underinsured motorist benefits, instead, insisting other uninsured/underinsured motorist benefits would be primary and those uninsured/underinsured benefits would need to be exhausted first.

6)     Defendants American Family Home Insurance Company; American Family Insurance Group; American Family Insurance; and, American Family Mutual Insurance Company have unreasonably breached its duty to deal fairly and in good faith with the Plaintiff.

7)     The Plaintiff has been damaged by Defendants' failure to pay all of the coverage benefits to which Plaintiff is reasonably entitled under Plaintiff's uninsured/underinsured motorist policy with Defendants American Family Home Insurance Company; American Family Insurance Group; American Family Insurance; and, American Family Mutual Insurance Company.

8)     Plaintiff has also suffered consequential damages as a result of the Defendants' unfair and unreasonable acts and failure to act.

9)     Further, the acts and failures to act by Defendants American Family Home Insurance Company; American Family Insurance Group; American Family Insurance; and, American Family Mutual Insurance Company were oppressive, intentional, malicious, grossly negligent, willful, wanton, and/or with utter and reckless disregard for its duty to deal fairly and

2

act in good faith with Plaintiff, its insured, entitling Plaintiff to punitive damages so as to punish Defendant American Family Home Insurance Company; Defendant American Family Insurance Group; Defendant American Family Insurance; and, Defendant American Family Mutual Insurance Company and make and example of it to other insurance companies.

WHEREFORE, Plaintiff prays for judgment against Defendants in an amount in excess of $75,000.00 plus interests, costs and such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED
Carr & Carr Attorneys

by: _____
Tye H. Smith, OBA #14595
Charles Gregory Smart, OBA # 14944
1350 S.W. 89th Street
Oklahoma City, OK 73159
(405) 234-2110 Phone
(405) 234-2128 Fax
**Attorneys for Plaintiff**

ATTORNEY'S LIEN CLAIMED

3

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT AND COMPLETE COPY OF THE INSTRUMENT HEREWITH SET OUT AS IT APPEARS ON RECORD IN THE COURT CLERK'S OFFICE OF CLEVELAND COUNTY, OKLAHOMA WITNESS MY HAND AND SEAL THIS ___ DAY OF _____
RHONDA HALL, COURT CLERK
BY _____
DEPUTY

ORIGINAL
PLEASE RETURN

## IN THE DISTRICT COURT OF CLEVELAND COUNTY
### STATE OF OKLAHOMA

SCOTT RISK, )
    Plaintiff, )
v. ) Case No.: CJ-09-2555
)
AMERICAN FAMILY HOME INSURANCE )
COMPANY; )
AMERICAN FAMILY INSURANCE GROUP; )
AMERICAN FAMILY INSURANCE; and, )
AMERICAN FAMILY MUTUAL INSURANCE )
COMPANY, )
    Defendants. )

### SUMMONS

To the above-named Defendant:    American Family Insurance Group
6000 American Parkway
Madison, WI 53783.

    You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff. Unless you answer the petition within the time stated, judgment will be rendered against you together with costs of the action.

Issued this 25 day of Jan, 2010

COURT CLERK

X Certified Mail
___ Sheriff _____ County
___ Special Process Server

By: _____
Deputy Court Clerk

(SEAL)
ATTORNEY FOR PLAINTIFF(S):
Name:    Tye H. Smith, OBA #14595
Address:    1350 S.W. 89th
    Oklahoma City, Oklahoma 73159
    405/234-2110

This summons was served on _____
                                 (date of service)

_____
(Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

ORIGINAL
PLEASE RETURN

## IN THE DISTRICT COURT OF CLEVELAND COUNTY
## STATE OF OKLAHOMA

SCOTT RISK, )
    Plaintiff, )
v. )
                                                                         ) Case No.: CJ-09-2555
                                                                          )
AMERICAN FAMILY HOME INSURANCE )
COMPANY; )
AMERICAN FAMILY INSURANCE GROUP; )
AMERICAN FAMILY INSURANCE; and, )
AMERICAN FAMILY MUTUAL INSURANCE )
COMPANY, )
    Defendants. )

### SUMMONS

To the above-named Defendant:    American Family Insurance Group
                                                         6000 American Parkway
                                                         Madison, WI 53783.

     You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff. Unless you answer the petition within the time stated, judgment will be rendered against you together with costs of the action.

     Issued this _25_ day of _Jan_, 2010.

                                                                                   COURT CLERK

_X_ Certified Mail
___ Sheriff _____ County
___ Special Process Server
                                                By: _____
     (SEAL)                                 Deputy Court Clerk

ATTORNEY FOR PLAINTIFF(S):
Name:     Tye H. Smith, OBA #14595
Address:   1350 S.W. 89th
             Oklahoma City, Oklahoma 73159
             405/234-2110

This summons was served on _____
                                   (date of service)

                 _____
                 (Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.